# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Arnold, Morris S. | 2. Court or Organization<br><br>8th U S Circuit Ct of Appeals | 3. Date of Report<br><br>06/04/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Judge--Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☐ Annual ☑ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>09/02/2013 |
| 7. Chambers or Office Address<br><br>P. O. Box 2060<br>Little Rock, AR 72203-2060 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Morris S. | 06/04/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Morris S. | 06/04/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Morris S. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Delta Trust and Bank | A | Interest | J | T | | | | | |
| 2. | | | | | | | | | |
| 3. MINERAL INTERESTS--VARIOUS LANDS IN TEXAS: | | | | | | | | | |
| 4. Southland Champion Mineral, Morgan Keegan, Lufkin, TX | E | Royalty | M | W | | | | | |
| 5. Grayburg Mineral Account, Morgan Keegan, Lufkin TX | A | Royalty | K | W | | | | | |
| 6. | | | | | | | | | |
| 7. SECURITIES HELD BY DELTA TRUST INVESTMENTS--Account 1 | | | | | | | | | |
| 8. Wells Fargo Bank--formerly Wachovia Bank | A | Interest | J | T | | | | | |
| 9. Norfolk Southern | B | Dividend | L | T | | | | | |
| 10. Windstream | A | Dividend | J | T | | | | | |
| 11. | | | | | | | | | |
| 12. SECURITIES HELD BY DELTA TRUST INVESTMENTS--Account 2 | | | | | | | | | |
| 13. Wells Fargo Bank | A | Interest | J | T | | | | | |
| 14. General Electric company | A | Dividend | J | T | | | | | |
| 15. Proctor and Gamble | A | Dividend | J | T | | | | | |
| 16. Dominion Resoursce Inc Upper Decs | A | Dividend | J | T | | | | | |
| 17. Calamos Strategic Total Return Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Morris S. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Windstream | A | Dividend | J | T | | | | | |
| 19. Wells Fargo | A | Dividend | J | T | | | | | |
| 20. Pulaski Cty AR, AR Child Hosp 3.3% bond | A | Interest | J | T | | | | | |
| 21. | | | | | | | | | |
| 22. SECURITIES HELD BY TIAA-CREF #3 | | | | | | | | | |
| 23. Money Market | A | Interest | J | T | | | | | |
| 24. Blackrock Capital Appr Fund | A | Dividend | J | T | | | | | |
| 25. Cohen & Steers Realty Fd | A | Dividend | J | T | | | | | |
| 26. Eagle Small Cap Growth Fd Class A | A | Dividend | J | T | | | | | |
| 27. Goldman Sachs Municipal Income Fd | A | Dividend | J | T | | | | | |
| 28. MTB Mid-Cap Growth Fd Class A | | None | | | Sold | 01/01/13 | J | A | Correction-sold prior year |
| 29. Northern Small Cap Value Fd | A | Dividend | J | T | | | | | |
| 30. T Rowe Price Equity Fund | A | Dividend | J | T | | | | | |
| 31. T Rowe Price Intl Growth & Income Fd | A | Dividend | J | T | | | | | |
| 32. TIAA CREF Inst Mid Cap Value Fd | A | Dividend | J | T | | | | | |
| 33. Thornburg Ltd Term Muni Fund | A | Dividend | J | T | | | | | |
| 34. Wilmington Mid Cap Growth Fund A | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Morris S. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. SECURITIES HELD BY DELTA TRUST INVESTMENTS INC--IRA #4 | B | Dividend | L | T | | | | | |
| 37. -Wells Fargo, NA | | | | | | | | | |
| 38. -Dillard's | | | | | | | | | |
| 39. -Mattel Inc | | | | | | | | | |
| 40. -Wells Fargo Company | | | | | | | | | |
| 41. -MFS Core Equity Fund Class B | | | | | | | | | |
| 42. -Gabelli Equity Trust Inc. | | | | | | | | | |
| 43. -Gabelli Healthcare & Wellness | | | | | | | | | |
| 44. -Liberty All Star Equity Fund | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. SECURITIES HELD BY TIAA-CREF-IRA #5 | B | Dividend | L | T | | | | | |
| 47. -Money market fund | | | | | | | | | |
| 48. -Chevron Texaco | | | | | | | | | |
| 49. -Exxon Mobil | | | | | | | | | |
| 50. -Intel | | | | | | | | | |
| 51. -Pepsico Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Morris S. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Wal Mart Stores | | | | | | | | | |
| 53. -Walmart De Mexico Sa V Ord | | | | | | | | | |
| 54. | | | | | | | | | |
| 55. SECURITIES HELD BY TIAA-CREFF-IRA #6 | C | Dividend | M | T | | | | | |
| 56. -Money market fund | | | | | | | | | |
| 57. -Blackrock Capital Appr Fund | | | | | | | | | |
| 58. - Cohen & Steers Realty Shares Fd | | | | | | | | | |
| 59. -Eagle Small Cap Growth Fd Class A | | | | | | | | | |
| 60. -Goldman Sachs Inflaton Protected Fd | | | | | | | | | |
| 61. - Northern Small Cap Value Fund | | | | | | | | | |
| 62. - Pimco Total Return Fund | | | | | | | | | |
| 63. -T Rowe Price Equity Income | | | | | | | | | |
| 64. -T Rowe Price Intl Growth & Income | | | | | | | | | |
| 65. -TIAA CREF Inst Mid Cap Value Fund | | | | | | | | | |
| 66. -Wilmington Mid Cap Growth Class A | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. Wells Fargo Advisors IRA #7 | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Morris S. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Wells Fargo Bank cash account | | | | | | | | | |
| 70. -General Motors Accept Corp Smartnotes | | | | | | | | | |
| 71. -General Electric Cap Corp Internotes | | | | | Redeemed | 04/15/13 | J | | Redeemed-no gain or loss |
| 72. -Invesco Balanced Risk Allocation Fund Class C | | | | | | | | | |
| 73. -Franklin Income Fd Class C | | | | | | | | | |
| 74. | | | | | | | | | |
| 75. Wells Fargao Advisors #8: | | | | | | | | | |
| 76. Wells Fargo Bank cash account | A | Interest | J | T | | | | | |
| 77. Albemarle Corp | A | Dividend | J | T | | | | | |
| 78. General Motors | A | Dividend | | | Sold | 02/15/13 | J | A | |
| 79. General Motors WTS Exp 7/10/16 | A | Dividend | | | Sold | 09/13/13 | J | A | |
| 80. General Motors WTS Exp 7/10/19 | A | Dividend | | | Sold | 09/13/13 | J | A | |
| 81. Motors Liquidation Co | A | Dividend | | | Sold | 02/20/13 | J | A | |
| 82. Newmarket Corporation | A | Dividend | | | Sold | 02/20/13 | J | | Loss on sale |
| 83. Westar Energy Inc | A | Dividend | | | Sold | 02/20/13 | J | A | |
| 84. General Motors Accept Smartnotes | A | Interest | J | T | | | | | |
| 85. General Elec Cap Corp Internotes 5.450% | A | Interest | | | Redeemed | 07/15/13 | J | | Redeem--no gain or loss |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Morris S. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. General Motors Accept Corp Smartnotes 6.700% | A | Interest | J | T | | | | | |
| 87. General Elec Cap Corp Internotes 5.250% | A | Interest | | | Redeemed | 07/15/13 | J | | Redeem--no gain or loss |
| 88. Bear Stearns Co Inc | A | Interest | J | T | | | | | |
| 89. General Motors Bonds | A | Interest | J | T | | | | | |
| 90. Ford Motor Co Bonds 6.625% | A | Interest | J | T | | | | | |
| 91. Ford Motor Co Bonds 7.450% | A | Interest | J | T | | | | | |
| 92. Franklin Income Fund Class C | B | Dividend | K | T | | | | | |
| 93. Nuveen Limited Term Muni Bond Fund | A | Dividend | J | T | | | | | |
| 94. Russell Investment Co | A | Dividend | J | T | Buy | 02/26/13 | J | | |
| 95. Thornburg Invt Tr | A | Dividend | J | T | | | | | |
| 96. | | | | | | | | | |
| 97. Teachers Ins & Annuity Assn College Retirement Eq Fund #9 | F | Interest | O | T | | | | | |
| 98. | | | | | | | | | |
| 99. TIAA-CREF (Retirement) #10 | B | Interest | K | T | | | | | |
| 100. | | | | | | | | | |
| 101. ING Select Plus Deferred Variable Annuity | A | Interest | J | T | | | | | |
| 102. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Morris S. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. TIAA-CREFF Funds | A | Interest | K | T | Open | 02/01/13 | K | | New account opened 2/20/13 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Morris S. | 06/04/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Morris S. Arnold**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544